# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 14, 2025

### NO. 03-24-00501-CR

**Ruben Brador, Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 4 OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES CRUMP AND ELLIS**
**REVERSED AND REMANDED -- OPINION BY JUSTICE CURMP**

---

This is an appeal from the judgment of conviction entered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the district court's judgment of conviction. Therefore, the Court reverses the district court's judgment of conviction and remands the case for further proceedings. The State shall pay all costs relating to this appeal, both in this Court and in the court below.